**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Emma Donald,, et al. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 4:16–cv–00123 |
| | § | |
| Plus4 Credit Union, | § | |
| | § | |
| *Defendant.* | § | |

**CONDITIONAL ORDER OF DISMISSAL**

Having been advised that a settlement has been reached between plaintiff and
defendant, the Court dismisses this case without prejudice to reinstatement of plaintiff's
claims if any party represents to the Court within 60 days from the date of this order
that the settlement could not be completely documented. The court retains jurisdiction
over any settlement agreements.

Signed at Houston, Texas on November 20, 2017.

_____
Gray H. Miller
United States District Judge